UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PATZAN CUC,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX,<br>Respondent.. | No. 1:26-cv-06925-DAD-CSK<br><br>ORDER GRANTING PETIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*; DENYING PETITIIONER'S WRIT OF HABEAS CORPUS; AND DENYING PETITIONER'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND FOR APPOINTMENT OF COUNSEL<br><br>(Doc. Nos. 1, 2, 3, 4) |

On August 31, 2026, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) He has since filed a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) (Doc. No. 10), that this court, for the reasons explained below, will construe as a request to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).

Petitioner states in his most recent filing that he seeks dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. No. 10.) However, that rule only applies if respondent has not

filed a response, which respondent did in this case. (Doc. No. 8.) Therefore, Federal Rule of Civil Procedure 42(a)(2) is the applicable rule in this case.

"The Federal Rules of Civil Procedure may be applied to habeas proceedings to the extent such rules are not inconsistent with the statutory provisions of the Habeas Rules." *Ziganshin v. U.S. Dep't of Homeland Sec.*, No. 3:25-cv-01096-RBM-SBC, 2025 WL 2576484, at *1 (S.D. Cal. Aug. 20, 2025) (citation omitted). Rule 41of the Federal Rules of Civil Procedure provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "Unless the order states otherwise, a dismissal under [Rule 41(a)(2)] is without prejudice." *Id.* "Motions for voluntary dismissal under Rule 41(a)(2) should be liberally granted if it will not result in legal prejudice to the respondents." *Lopez Sanches v. Warden, Cal. City*, No. 1:26-cv-06592-JLT-EPG, 2026 WL 2691005, at *1 (E.D. Cal. Sept. 14, 2026) (citation omitted).

The court concludes that dismissal of the habeas petition pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure is proper and respondent would not be prejudiced by granting petitioner's request.

Therefore,

1. Petitioner's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED;
2. Petitioner's notice of voluntary dismissal (Doc. No. 10) is GRANTED and the habeas petition is DISMISSED WITHOUT PREJUDICE;
3. Petitioner's motions for temporary restraining order (Doc. No. 3) and for appointment of counsel (Doc. No. 4) are DENIED as having been rendered moot by this order;

/////

/////

4. The court's prior order prohibiting respondent from transferring petitioner out of the Eastern District of California or removing him from the United States (Doc. No. 6) is DISSOLVED; and

5. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE